PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-207 TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND [PROPOSED ORDER] |
| v. | |
| IL CHUNG, | |
| Defendant. | |

    Pursuant to Fed.R.Crim.P. 48(a), the United States hereby moves to dismiss the indictment only against defendant Il Chung in the above-entitled case, due to information provided by the defendant to the government, documenting a medical condition that renders Mr. Chung incompetent and unable to ever be restored to competence. Should the Court grant the government's motion, the United States also requests that it vacate the status conference scheduled for defendant Chung for October 20, 2022.

Dated: October 17, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ AUDREY B. HEMESATH
    AUDREY B. HEMESATH
    Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-207 TLN |
| Plaintiff, | ORDER |
| v. | |
| IL CHUNG, | |
| Defendant. | |

The government's motion to dismiss the indictment in the above-entitled case is hereby GRANTED. The status conference scheduled for October 20, 2022 is hereby VACATED.

**Dated: October 18, 2022**

Troy L. Nunley
United States District Judge